**Order entered March 2, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00954-CV

**ABDUL MATEEN MODI, Appellant**

**V.**

**AFSHEEN IMRAN, Appellee**

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-03597-2019**

## ORDER

The reporter's record is past due. By order dated February 12, 2021, we instructed Claudia Webb, Official Court Reporter for Collin County Court at Law No. 3, to file the reporter's record, written verification that no hearings were recorded, or written verification that appellant has not requested or paid for the reporter's record. We cautioned appellant that if we received verification of no request or no payment, we would order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). By letter filed February 22, 2021, Ms. Webb

has provided written verification that appellant has not requested preparation of the reporter's record. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Webb and all parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE